# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Luther Steven Montgomery
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Officer Darlene Looney
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 23-cv-131-TFM-B
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

FILED APR 14 '23 PM 2:22 USDCALS

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Luther Steven Montgomery |
| Street Address | 1300 Creekway Dr |
| City and County | Mobile |
| State and Zip Code | AL, 36605 |
| Telephone Number | 251-988-7183 |
| E-mail Address | Lukeslime93@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Officer Darlene Looney
- Job or Title (if known): US Marshal
- Street Address: 155 Saint Joesph St suit 201
- City and County: Mobile
- State and Zip Code: AL
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* **Luther Steven Montgomery**, is a citizen of the State of *(name)* **Alabama**.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* **Darlene Looney**, is a citizen of the State of *(name)* **Alabama**. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

3 million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. On May 7, 2020 I was searched and arrested by officer Darlene Looney. I ceased spent 19 days in Jail for false charges that she put on me. She took my money.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. She caused me to spend 19 days in Jail, I had to pay lawyers fees, I had to fight for my freedom due to me being on probation at the time. I lost my Job and everything else

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/14/2023

Signature of Plaintiff: *Luther M*
Printed Name of Plaintiff: Luther Montgomery

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Plaintiff Luther Steven Montgomery
vs.
Defendant Officer Darlene Looney

On May 7, 2020. I Luther Steven Montgomery were pulled over and snatched out of my car at the gas station in front of the apartments by mobile US marshal. As they pulled me out they searched me and the car, they lift my hood and trunk they didn't find anything. After they did that they put me in handcuffs and took me back to my girlfriend apartment They put her and my son out the house and begin searching her house. they came back down stairs talked with my probation officer and told him they have to let me go. That's when Darlene Looney said "No they not letting me go because my mother went and put complaints on them for searching her house the previous day". at the attorney affairs. That's when Looney also stated she were putting felonies on me because that will be the only way I can be held at county jail due to me being on state probation at the time. Darlene Looney called a Mobile patrol officer to transport me to the Mobile County Metro Jail because that was out of the US Marshal's Jurisdiction. I spent 19 days in mobile metro Jail. I had to pay attorney michael koui 1,500 to represent me due to my probation officer kevin Nelson doing a home visit to a address that's not mine and is not listed on my paperwork never have been. Officer Nelson has my correct address which is 422 R.V. Brown Dr. this address has always been listed as my primary address the reason the U.S. Marshal even came out in the first place is because they knew I were on probation and they could use my probation officer to get inside of my girlfriend home due to my brother child's mother going to district attorney Coy Morgan lying telling him I had guns that pretains to a case she had against my brother Quintemous Williams. Looney also confiscated my money and put it in evidence.

My 4th and 8th Amendment rights were violated.

- The Fourth Amendment to the United States Consitution is part of the Bill of Rights. It prohibits unreasonable searches and seizures.

- The Eight Amendment cruel and unusual Punishment Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.