IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUTHER STEVEN MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:23-cv-131-TFM-B |
| DARLENE LOONEY, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinions and Orders entered in this case (Docs. 57, 71, 72), it is **ORDERED, ADJUDGED, and DECREED** that this case has been **DISMISSED**. The opinions separately address what claims are dismissed with and without prejudice. Judgment is entered in favor of the Defendants.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of August, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE